WILLIAM A. VAN METER, ESQ.
Nevada State Bar No. 2803
P. O. Box 6630
Reno, NV 89513
Telephone: (775) 324-2500

Chapter 13 Trustee

RECEIVED AND FILED
2011 OCT 28 PM 1:44
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

MICHAEL CARTHEN,
ROBYNNE CARTHEN,

          Debtor(s).
_____/

CASE NO.  BK-N-07-51548-GWZ

Chapter 13

**NOTICE OF UNCLAIMED FUNDS**
**PURSUANT TO RULE 3011**

TO:     CLERK, UNITED STATES BANKRUPTCY COURT

FROM:   WILLIAM A. VAN METER, CHAPTER 13 STANDING TRUSTEE

   Pursuant to 11 U.S.C. §347 and Fed.R.Bankr.P3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28, Section 2042.

| Claim Number | Claimant Name and Address | CAS 10600 | CAS 61330 |
|---|---|---|---|
| 001 | Revcare, Inc.<br>5400 Orange Avenue<br>Suite 200<br>Cypress, CA  90603 | $ | $1,296.98 |
|  | TOTALS | $ | $1,296.98 |

Dated: _10-24-11_

William A. Van Meter, Trustee

**Note:** Title 28, Chapter 129, Section 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make check payable to Clerk, U.S. Bankruptcy Court.

**Note:** Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 61330. The amounts that are to be deposited into the

registry can be written on one check.

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bankr.P.9014, 7004 and Fed.Civ.P.4(g), I, Beatrice E. Meyers, hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on October 24, 2011 I served the NOTICE OF UNCLAIMED FUNDS PURSUANT TO RULE 3011, filed by William A. Van Meter, Trustee, by mailing a copy thereof by first class mail, postage prepaid to:

Revcare, Inc.
5400 Orange Avenue
Suite 200
Cypress, CA  90603

Michael & Robynne
2711 Perro Court
Reno, NV  89502

Patricia Phair, Esq.
12 W. Taylor Street
Reno, NV  89509

Dated this 24th day of October, 2011

*Beatrice E. Meyers*
Beatrice E. Meyers